UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROPATI ROPATI | CIVIL ACTION NO. 6:17-cv-00219 |
| VERSUS | JUDGE FOOTE |
| LORETTA LYNCH | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's petition for writ of habeas corpus [Rec. Doc. 1] is denied and dismissed without prejudice, consistent with the report and recommendation.

Shreveport, Louisiana, this 16th day of November, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE